Argued May 29, affirmed May 29, 1973

STATE OF OREGON, *Respondent, v.* RODGER
CLIFFORD MARKS (No. 27418), *Appellant.*

509 P2d 1218

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thorn-
ton, Judges.